**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| M'Leah Hassan | CIVIL CASE NO. 15-cv-2820 |
| v. | JUDGE ELIZABETH E. FOOTE |
| City of Shreveport, et al | MAGISTRATE JUDGE HAYES |

**PRESENT:**
HON.  ELIZABETH E. FOOTE  **JUDGE**
    Barbara Simpson    **COURT REPORTER**
    Kathy Keifer    **COURTROOM DEPUTY**

**DATE:** February 1, 2017
**START TIME:** 9:30 a.m.
**END TIME**: 10:00 a.m.
**STATISTICAL TIME:** 00:30

**MINUTES OF COURT:  Rule to Show Cause Hearing**

**APPEARANCES:**

Stephen Gipson, respondent, represented by Eric G. Johnson

Sarah Giglio        for Plaintiff, M'Leah Hassan
Michael Vergis

Claude Bookter      for Defendants, City of Shreveport and Willie Shaw

Donald Hathaway     for Defendant, James Greene

**CASE CALLED:  Show Cause hearing**

**COMMENTS, RULING:**

Eric G. Johnson made his appearance on behalf of the respondent Stephen Gipson.

The Court strongly admonished the non-party witness, Stephen Gipson, for his failure to previously appear for the resumption of his deposition scheduled for September 20, 2016, and his failure to appear before Magistrate Judge Hayes on November 16, 2016.

For reasons orally stated, the Court adopts the findings of fact in the Report and Recommendation, Record Document [25], granting [18] Plaintiff's Motion for Sanctions.

The parties agree that the deposition is hereby set for Friday, February 3, 2017, at 10:00 a.m., at the office of Claude Bookter, Jr., Casten & Pearce, Louisiana Tower, 401 Edwards Street, Suite 2100, Shreveport, LA.

The Court ordered a $6,000.00 sanction as to Stephen Gipson, which will be lifted in the event he appears at the deposition and testifies truthfully, with the exception of a $500.00 monetary fine, to be paid within thirty (30) days: $270.00 to the U. S. Marshal; and $230.00 to Plaintiff's counsel, Sarah Giglio, payable to the Clerk of Court, U.S. District Court, for disbursement by the Clerk to the parties.

Court adjourned at 10:00 a.m.